EB/MD: USAO 2018R00338

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY E. BARNETT,<br><br>Defendant. | CRIMINAL NO. CLR-18-0338<br><br>(Bank Robbery, 18 U.S.C. § 2113(a), (f);<br>Armed Bank Robbery, 18 U.S.C.<br>§ 2113(a), (d), (f); Aiding and Abetting,<br>18 U.S.C. § 2) |

### INDICTMENT

### COUNT ONE
### (Bank Robbery)

The Grand Jury for the District of Maryland charges that:

On or about December 8, 2017, in the District of Maryland, the defendant,

### GARY E. BARNETT,

did, by force, violence, and intimidation, take from the person and presence of the employees of the First United Bank and Trust, 115 W. Harrison Street, Cumberland, Maryland 21502, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a), (f)
18 U.S.C. § 2

## COUNT TWO
## (Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about March 16, 2018, in the District of Maryland, the defendant,

### GARY E. BARNETT,

did, by force, violence, and intimidation, take from the person and presence of the employees of the PNC Bank, 1205 W. Patrick Street, Frederick, Maryland 21702, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a), (f)
18 U.S.C. § 2

## COUNT THREE
### (Armed Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about April 16, 2018, in the District of Maryland, the defendant,

### GARY E. BARNETT,

did, by force, violence, and intimidation, take from the person and presence of the employees of the M&T Bank, 166 Baltimore Street, Cumberland, Maryland 21502, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, currency belonging to and being in the care, custody, control, management and possession of said bank, and in committing this offense, did assault and did put the life of the tellers, employees, customers and other persons in jeopardy by the use of a dangerous weapon, to wit, a handgun.

18 U.S.C. § 2113(a), (d), (f)
18 U.S.C. § 2

## COUNT FOUR
### (Attempted Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about May 4, 2018, in the District of Maryland, the defendant,

### GARY E. BARNETT,

did attempt to take by force, violence, and intimidation from the person and presence of the employees of the BB&T Bank, 1370 W. Patrick Street, Frederick, MD 21703, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, said currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a), (f)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Four of this Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Four of the Indictment in this case, the defendant,

**GARY E. BARNETT,**

shall forfeit to the United States all property that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Four, and any property traceable to such property, including but not limited to the following:

a. Black Daisy BB gun.

18 U.S.C. § 2253

_____
Robert K. Hur
United States Attorney

**SIGNATURE REDACTED**

_____
Foreperson
Date: 6/20/18